IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CENTRAL FLORIDA HEALTH
AND REHAB CLINIC, LLC,

    Appellant,

v.

DIRECT GENERAL INSURANCE
COMPANY, ADVANCED 3-D
DIAGNOSTICS, INC. AND
CEREENA K. HUMPHREY,

    Appellees.

_____/

Case No. 5D21-1871
LT Case No. 2019-CA-000385-O

Opinion filed November 18, 2022

Appeal from the Circuit Court
for Orange County,
Reginald K. Whitehead, Judge.

Chad A. Barr, of Chad Barr Law,
Altamonte Springs, for Appellant.

William J. McFarlane, III and
Michael K. Mittelmark, of
McFarlane Law, McFarlane
Dolan & Prince, Coral Springs, for
Appellee, Direct General
Insurance Company.

No appearance for other Appellees.

ON CONFESSION OF ERROR

PER CURIAM.

    Appellant appeals the final summary judgment entered in favor of

Appellee Direct General Insurance Company. Appellee Direct General Insurance Company has filed a confession of error. We accept the confession of error, reverse the final judgment, and remand for further proceedings.

REVERSED AND REMANDED.

LAMBERT, C.J., EDWARDS AND EISNAUGLE, JJ., concur.